IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTHONY BRIAN WILLIAMSON**                                                                 **PETITIONER**
**ADC #109343**

v.                            Case No. 4:20-cv-00922-KGB

**DEXTER PAYNE**                                                                                     **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner Anthony Brian Williamson's petition for writ of habeas corpus is dismissed, and the relief requested is denied.

So adjudged, this 3rd day of August, 2021.

_____
Kristine G. Baker
United States District Judge